**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1303**

---

LEON WILSON, JR.,

Plaintiff - Appellant,

versus

COUNTY OF DORCHESTER; CITY OF SUMMERVILLE; ROY
E. WHITEHEAD, Chief of Police; E. WORSHAM,
Summerville Police; J. A. WOODS, South Caro-
lina Department of Public Safety,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-95-746-18-AJ)

---

Submitted: January 23, 1997        Decided: January 29, 1997

---

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leon Wilson, Jr., Appellant Pro Se. Stephanie Pendarvis McDonald,
STUCKEY & SENN, Charleston, South Carolina; Donna Seegars Givens,
BROWN & WOODS, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon Wilson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilson v. County of Dorchester</u>, No. CA-95-746-18-AJ (D.S.C. Feb. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2